### 43059. OLDS v. HAIR et al.

JORDAN, Presiding Judge. This is a cross appeal by one of two defendants in the lower court, based on the overruling of a general demurrer to the petition. Subsequent to the filing of this cross appeal the plaintiff voluntarily dismissed his action in the lower court and withdrew his cross appeal to this court. The other defendant withdrew the main appeal as being moot by reason of plaintiff's dismissal of the action in the lower court. As the issue on this cross appeal is also moot, and the cross appellant would receive no benefit or advantage from a decision, it is dismissed. See *Code Ann.* § 6-809 (b, c).

*Appeal dismissed. Deen and Quillian, JJ., concur.*

SUBMITTED SEPTEMBER 12, 1967—DECIDED SEPTEMBER 28, 1967.

*Cumming, Nixon, Eve, Waller & Capers, Samuel C. Waller, C. Thomas Huggins,* for appellant.